JS-6

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELROY FOSTER, | **Case No. CV08-7475 VBF (AGRx)** |
| *Plaintiff,* | Assigned to: Honorable Valerie Baker Fairbank<br>Courtroom: 9 |
| v. | Assigned to: Magistrate: Alicia G. Rosenberg<br>Courtroom - D -8th floor |
| CITY OF LOS ANGELES, and DOES 1 through 20, inclusive, | **ORDER RE DISMISSAL**<br><br>**[ENTIRE CASE]** |
| *Defendants.* | |

      The parties having so stipulated and good cause appearing, it is hereby ordered, decreed and adjudged that the plaintiff's complaint be dismissed with prejudice.

Dated: 10-02-09_____

_Valerie Baker Fairbank_
_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE